IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOTERO ORTIZ, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-149 |
| | : | |
| CHARLES BUTTS, ET AL., | : | (Judge Brann) |
| | : | |
| Defendants | : | |

## **ORDER**

March 2, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss the Complaint (Doc. 18) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge